Defendant's Exhibit 1

379 SC

FILED

OCT 1 8 2018

Clerk
Superior Court
of the District of Columbia
Small Claims Branch

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division - Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Clifton Marsh
507 Polk Ave.
RiverRouge MI. 48218

_Plaintiff(s)_

vs.

(1) Library of Congress
(2)
(3)

_Defendant(s)_

Address
Phone No. 929 287 4247     No. SC 2018 SC2008630

### STATEMENT OF CLAIM

I left two luggage bags Olympia case one small one. 7.4 with wheel broken of with them one green book bags and bag. the Case had book from National Shride Immuculate Conception. Clifton Marsh

DISTRICT OF COLUMBIA, ss. _____ being first duly sworn on oath says the foregoing is a just and true amount of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Clifton Marsh  Cvm

_Plaintiff/Agent (Sign and Print Name)_

507 Polk Ave
RiverRouge MI 48218

_Address_
_City/State/Zip Code_

Title: _____

Phone No.: 929 287 4247

Subscribed and sworn to before me this 18th day of October 20 18

Letosha Jo_____
(month and year)

_Deputy Clerk (Notary public)_

Clifton Marsh

_Attorney for Plaintiff (Sign and Print Name)_

507 Polk Ave 48218

_Address_        Zip Code

Bar No.: _____  Phone No.: 929 287 4247

### NOTICE (All parties must notify the court of any address changes.)

To:
(1) Library of Congress     (2) _____

_Defendant_

101 Independence Ave SE Washington D.C. 20540

_Address_      Zip Code   Address           Zip Code

☐ Home  ☑ Business        ☐ Home    ☐ Business

You are hereby notified that Clifton Marsh has made a claim and is requesting judgment

against you in the sum of Twenty five hundred dollars ($ 2500 ),
as shown by the foregoing statement. The court will hold a hearing upon this claim on 11/15/2018 at

9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

_Deputy Clerk_
_Small Claims and Conciliation Branch_

CV-471/Aug 2017         OCT 2 6 2018    OCT 2 6 2018

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and may settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services at (202) 269-5100 or The DC Law Students in Court Program at (202) 638-4798 or Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161 or if you need further help come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the D.C. Bar Website at: www.lawhelp.org/dc. Act Promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, EDIFICIO B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET



*Clifton Marsh*
Plaintiff

vs

Case No: *2018 SC2008630*

*Libary of Congress*
Defendant

Date: *Oct 17, 2018*

---

Name: *(please print)*  *Clifton Marsh*

Firm Name, if applicable  *Clifton Marsh*

Telephone No: *929 287 4247*     6 Digit Unified Bar No.

**Relationship to Lawsuit**

☐ Attorney for Plaintiff

☒ Self  (Pro Se)

☐ Other:

Do you need an interpreter for your case? ☐ Yes  ☒ No  If yes, what type:

AMOUNT IN CONTROVERSY:  ☐ $1 -$500   ☒ $500.01 - $2,500   ☐ $2,500.01 - $10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _____     Case No: _____

NATURE OF SUIT: *(Check Appropriate Box(s))*

**A.   CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

| | | |
|---|---|---|
| ☐ Debt Suit | ☐ Breach of Warranty | ☐ Negotiable Instrument |
| ☒ Personal Property | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☐ Breach of Contract | ☐ Home Improvement Contract | ☐ Oral |

**B.   PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

| | | |
|---|---|---|
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

**C.   PERSONAL TORT** – a claim for an injury or wrong committed on the person of another

| | | |
|---|---|---|
| ☐ Assault and Battery | ☐ False Witness | ☐ Libel and Slander |
| ☐ Automobile | ☐ Personal Injury | ☐ Negligence |
| ☐ Harassment | ☐ Fraudulent Misrepresentation | ☐ Slip and Fall |

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing?  ☐ Yes   ☐ No